```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
EMANI BETHEL,                         :
                                      :
                        Plaintiff,    :   24cv9073(DLC)
            -v-                       :
                                      :        ORDER
ROYAL LEAF NY LLC, ET AL.,            :
                                      :
                        Defendants.   :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

    This action was filed on November 26, 2024 against defendants Royal Leaf NY LLC ("Royal Leaf"), Cesar Oviado, and Brandon Bianco. On January 23, 2025, the plaintiff filed an affidavit of service reflecting that Royal Leaf had been served through the office of the Secretary of State of New York. The deadline for Royal Leaf to answer or otherwise respond to the complaint was February 7, 2025. No proof of service on Oviado or Bianco has been filed. Counsel for Royal Leaf has not appeared, and Royal Leaf has not responded to the complaint. It is hereby

    ORDERED that the plaintiff shall file a letter no longer than two (2) pages by **February 14, 2025** explaining its efforts to serve Royal Leaf, Oviado, and Bianco, and its basis to believe that

service on the Secretary of State of New York is effective service on Royal Leaf.

Dated:    New York, New York
          February 11, 2025

```
                         _____
                                 DENISE COTE
                         United States District Judge
```