```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
EMANI BETHEL,                            :
                                         :
                      Plaintiff,         :     24cv9073(DLC)
            -v-                          :
                                         :        ORDER
ROYAL LEAF NY LLC,                       :
                                         :
                      Defendant.         :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

    This action was filed on November 26, 2024 against defendants Royal Leaf NY LLC ("Royal Leaf"), Cesar Oviado, and Brandon Bianco. On January 23, 2025, the plaintiff filed an affidavit of service reflecting that the defendant Royal Leaf had been served through the New York State Department of State on January 17. Defendant Royal Leaf has not responded to the complaint or otherwise appeared in this action. On March 26, 2025, the plaintiff was granted leave to file an amended complaint dismissing the individual defendants and proceed solely against Royal Leaf. Accordingly, it is hereby

    ORDERED that the plaintiff shall forthwith request the issuance of a certificate of default as to defendant Royal Leaf and file a motion for default judgment against the defendant by **April 11, 2025.** Counsel shall review this Court's Individual Practices in Civil Cases regarding default judgment submissions.

IT IS FURTHER ORDERED that the plaintiffs shall serve this Order and the motion for default judgment papers on the defendant and shall file proof of such service on ECF on or before **April 15, 2025**.

IT IS FURTHER ORDERED that a default judgment hearing will be held on **April 25, 2025** at **11:00 a.m.** in Courtroom 18B, 500 Pearl Street, New York, New York.  Failure of the defendant to appear will result in entry of a default or a default judgment.

Dated:   New York, New York
         March 26, 2025

 _____
         DENISE COTE
   United States District Judge