```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
EMANI BETHEL,                            :
                                         :
                         Plaintiff,      :    24cv9073 (DLC)
              -v-                        :
                                         :       ORDER
ROYAL LEAF NY LLC,                       :
                                         :
                         Defendant.      :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

   For the reasons stated on the record at the default hearing held on April 30, 2025, it is hereby

   ORDERED that a default is entered in favor of the plaintiff and against defendant Royal Leaf NY LLC.


Dated:    New York, New York
          April 30, 2025

                                      _____
                                            DENISE COTE
                                      United States District Judge