```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
EMANI BETHEL,                             :
                                          :
                        Plaintiff,        :   24cv9073 (DLC)
             -v-                          :
                                          :   MEMORANDUM
ROYAL LEAF NY LLC,                        :   OPINION AND
                                          :      ORDER
                        Defendant.        :
                                          :
                                          :
----------------------------------------- X
```

APPEARANCES:

For plaintiff:
Clifford Ryan Tucker
Sacco & Fillas, LLP
31-19 Newtown Avenue, 3rd Floor
Astoria, NY 11102

Madeline Howard
Joseph & Norinsberg, LLC
825 Third Avenue, Ste 2100
New York, NY 10022

For defendant: None.

DENISE COTE, District Judge:

   Plaintiff Emani Bethel filed this action on November 26, 2024, alleging that defendant Royal Leaf NY LLC ("Royal Leaf") discriminated against her based on her gender and race and terminated her in retaliation for her complaints, in violation of Title VII of the Civil Rights Act of 1964 ("Title VII"), the New York State Human Rights Law ("NYSHRL"), and the New York City Human Rights Law ("NYCHRL").  An Order of April 30, 2025

entered a default judgment against Royal Leaf. The action was referred to Magistrate Judge Katharine Parker for an inquest and Report and Recommendation ("Report") as to damages. On October 9, 2025, Judge Parker issued her Report finding that Bethel's complaint plausibly alleges claims under Title VII and NYCHRL and recommending that Bethel be awarded $25,900 in economic damages, $50,000 in emotional distress damages, $75,000 in punitive damages, and $405 in costs. Judge Parker also recommended that Bethel be denied her request for a $17,390 award of attorneys' fees without prejudice, given plaintiff counsel's failure to submit contemporaneous billing records and the additional information necessary for the Court to assess the reasonableness of the requested fees. No objections to the Report have been received.

## Discussion

When deciding whether to adopt a report, a court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). To the extent that the magistrate judge's findings or recommendations are not objected to, they are reviewed only for clear error. Miller v. Brightstar Asia, Ltd., 43 F.4th 112, 120 (2d Cir. 2022).

There is no objection to any of the Report's findings or recommendations, so I review them for clear error. Having found none during my review, the Report's recommendations are adopted in full.

## Conclusion

The October 9 Report is adopted in its entirety. If Bethel wishes to renew her application for attorney's fees, she must submit contemporaneous billing records and the additional information necessary for Judge Parker to assess the reasonableness of the requested fees by **December 5, 2025**. If no renewed application is made by that date, Bethel's request for attorney's fees shall be denied with prejudice.

Dated:  New York, New York
       November 18, 2025

_____
DENISE COTE
United States District Judge