UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------- X
                                        :
EMANI BETHEL,                           :
                                        :
                        Plaintiff,      :        24cv9073 (DLC)
            -v-                         :
                                        :             ORDER
ROYAL LEAF NY LLC,                      :
                                        :
                        Defendant.      :
                                        :
--------------------------------------- X

DENISE COTE, District Judge:

A Memorandum Opinion and Order of November 18, 2025 adopted Judge Parker's October 9, 2025 Report and Recommendation in its entirety and directed plaintiff Bethel to submit a renewed application for attorney's fees to Judge Parker by December 5, 2025.  The Opinion and Order also noted that if no renewed application is made by that date, Bethel's request for attorney's fees shall be denied with prejudice.  Having received no such application, it is hereby

ORDERED that Bethel's request for attorney's fees is denied with prejudice.

IT IS FURTHER ORDERED that the Clerk of Court shall enter judgment against defendant Royal Leaf LLC for $25,900 in economic damages, $50,000 in emotional distress damages, $75,000 in punitive damages, $405 in costs, as well as pre- and post-

judgment interest.

Dated:     New York, New York
           December 9, 2025

_____
           DENISE COTE
   United States District Judge