**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
EMANI BETHEL,

                 Plaintiff,                  24 **CIVIL** 9073 (DLC)

     -against-                           **<u>JUDGMENT</u>**

ROYAL LEAF NY LLC,

                 Defendant.
------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated December 9, 2025, Bethel's request for attorney's fees is denied

with prejudice. Judgment is entered against defendant Royal Leaf LLC for $25,900 in economic

damages, $50,000 in emotional distress damages, $75,000 in punitive damages, $405 in costs, as

well as pre-judgment interest in the amount of $7,198.75 and post- judgment interest;

accordingly, the case is closed.

**Dated:** New York, New York
       January 6, 2026

                                     **TAMMI M. HELLWIG**
                                  _____
                                      **Clerk of Court**

                   **BY:**        K. mango
                                   _____
                                     **Deputy Clerk**